PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St. Ste. 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax


Attorney for Defendant
ROBERTO REYES-CERVANTES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>ROBERTO REYES-CERVANTES,<br>        Defendant. | CASE NO. 1:13-CR-0266-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: March 31, 2014<br>Time: 10:00 a.m.<br>Honorable Judge Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathy Servatius, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant ROBERTO REYES-CERVANTES, that the status conference scheduled for March 3, 2014, at 10:00 a.m. be vacated and the status conference be continued to this Court's calendar on March 31, 2013 at 10:00 a.m. Defense needs further time to schedule an interpreter, review and discuss the plea agreement with the defendant, and get it signed.

The Court is advised that counsel have conferred about this request, that they have agreed to the court date of March 31, 2014 and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on her behalf.

The parties agree and stipulate that time should be excluded under 18 U.S.C. 3161 for further defense investigation and plea negotiations, up to and including March 31, 2014, the ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

Respectfully Submitted,

Dated:  February 27, 2014         /s/ Preciliano Martinez
                                  Preciliano Martinez
                                  Attorney for Defendant
                                  ROBERTO REYES-CERVANTES

Dated:  February 27, 2014         /s/ Kathy Servatius
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

### ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current March 3, 2014 status conference is hereby vacated and reset to March 31, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 27, 2014            _____
                                      SENIOR  DISTRICT  JUDGE