PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th St, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ROBERTO REYES CERVANTES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>     vs.<br><br>ROBERTO REYES CERVANTES,<br>         Defendant. | CASE NO. 1:13-CR-00266-AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING DATE<br><br>Date: February 2, 2015<br>Time: 10:00 a.m.<br>Honorable Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius , Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Roberto Reyes Cervantes, that the sentencing date scheduled for January 12, 2015, at 10:00 a.m. be vacated and the sentencing date be continued to this Court's calendar on February 2, 2015, at 10:00 a.m. Further time is needed to review medical history information recently received by defense counsel, which may affect defendants sentencing.

//

//

//

1

The court is advised that counsel have conferred about this request, that they have agreed to the court date of February 2, 2015, and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on her behalf.

                                            Respectfully Submitted,

Dated:  December 18, 2014                  /s/ Preciliano Martinez
                                                      Preciliano Martinez
                                                      Attorney for Defendant
                                                      Roberto Reyes Cervantes

Dated: December 18, 2014                   /s/ Kathleen Servatius
                                                      Kathleen Servatius
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

## **ORDER**

Having read and considered the foregoing stipulation, the current January 12, 2015, sentencing date is hereby continued to February 2, 2015.

IT IS SO ORDERED.

Dated:   December 18, 2014                                    _____
                                                           SENIOR DISTRICT JUDGE